■ ANTHONY RIZZUTO, Appellant, v STATE OF NEW YORK UNIFIED COURT SYSTEM et al., Respondents. [791 NYS2d 410]—Order, Supreme Court, New York County (Jane S. Solomon, J.), entered August 20, 2004, unanimously affirmed for the reasons stated by Solomon, J., without costs or disbursements. No opinion. Concur—Tom, J.P., Mazzarelli, Andrias, Friedman and Gonzalez, JJ.